**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

STEVEE JONES,

    Plaintiff,

                                         CASE NO: 1:17-cv-01025-AJT-JFA

-vs-

NAVIENT SOLUTIONS, LLC
F/K/A SALLIE MAE, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, STEVEE JONES, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, STEVEE JONES, and Defendant, NAVIENT SOLUTIONS, LLC F/K/A SALLIE MAE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: April 18, 2018

                                                        *s/ Hyatt B. Shirkey*
                                                        Hyatt B. Shirkey, Esquire
                                                        VSB #: 80926
                                                        Hyatt Browning Shirkey Law Firm, PLC
                                                        3735 Franklin Road, S.W., Suite 251
                                                        Roanoke, VA 24014
                                                        Tele:  (540) 324-9288
                                                        Fax:  (540) 986-2199
                                                        Hyatt@hbsesqfirm.com
                                                        JPlaceres@ForThePeople.com
                                                        *Attorney for Plaintiff*

```
```
## 

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

Jeffery Hamlin, Esquire
IfrahLaw
1717 Pennsylvania Ave., NW, Ste. 650
Washington, DC 20006
Tel:  202-524-4134
Email:  jhamlin@ifrahlaw.com
*Attorney for Defendant*

Lisa Simonetti, Esquire *(pro hac vice)*
Vedder Price (CA), LLP
1925 Century Park East, Ste. 1900
Los Angeles, CA 90067
Tel:  424-204-7738
Fax:  424-204-7702
Email:  lsimonetti@vedderprice.com
*Attorney for Defendant*

                                              *s/ Hyatt B. Shirkey*_____
                                              Hyatt B. Shirkey, Esquire
                                              VSB #:  80926