UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

STEVEE JONES,

     Plaintiff,                       CASE NO.:  1:17-CV-01025-AJT-JFA

-vs-

NAVIENT SOLUTIONS, LLC F/K/A SALLIE
MAE, INC.,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     **COMES NOW** the Plaintiff, Stevee Jones, and the Defendant, Navient Solutions,

LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with

prejudice, each claim and count therein asserted by Plaintiff against the Defendant in

the above styled action, with Plaintiff and Defendant to bear their own attorney's fees,

costs and expenses.

     Respectfully submitted this 8th day of June, 2018.

| | |
|---|---|
| */s/Hyatt Shirkey* | */s/ Jeffery Hamlin* |
| Hyatt Shirkey, Esquire | Jeffery Hamlin, Esquire |
| Hyatt Browning Shirkey Law Firm | IfrahLaw |
| 3735 Franklin Road, SW, Ste. 251 | 1717 Pennsylvania Ave., NW, Ste. 650 |
| Roanoke, VA 24014 | Washington, DC 20006 |
| Tel: 540-324-9288 | Tel: 202-524-4134 |
| Fax: 540-986-2199 | Email: jhamlin@ifrahlaw.com |
| Email: Hyatt@hbsesqfirm.com | |
| *Counsel for Plaintiff* | Lisa Simonetti, Esquire *(pro hac vice)* |
| | Vedder Price (CA), LLP |
| | 1925 Century Park East, Ste. 1900 |

/s/     6/11/18
Anthony J. Trenga
United States District Judge

| | |
|---|---|
| Octavio "Tav" Gomez, Esquire<br>(*pro hac vice*)<br>Morgan & Morgan, Tampa, P.A.<br>201 N. Franklin St., 7th FLoor<br>Tampa, FL 33602<br>Tele: (813) 225-6745<br>Fax:  (813) 223-5402<br>Email:  tgomez@forthepeople.com<br>*Counsel for Plaintiff* | Los Angeles, CA 90067<br>Tel:  424-204-7738<br>Fax:  424-204-7702<br>Email:  lsimonetti@vedderprice.com<br>*Counsel for Defendant)* |